UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at Chattanooga

FILED
JUN 1 5 2012
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

LYNN M. LANE,

 Plaintiff,

v.

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY,

 Defendant.

Civil Action No. 1:12-cv-191

Judge Collier /Magistrate Carter

## NOTICE OF REMOVAL

Defendant, Nationwide Mutual Fire Insurance Company ("Nationwide"), files this Notice of Removal of all issues and matters pending therein and for grounds would show unto the Court the following:

 1. On April 9, 2012, a complaint was filed against the defendant in the Circuit Court for Hamilton County, Tennessee, entitled *Lynn M. Lane v. Nationwide Mutual Fire Insurance Company*.

 2. Upon receiving the complaint, the Honorable Clerk for the Hamilton County Circuit Court assigned the lawsuit thereby initiated Docket Number 12 C 473 and issued process for service upon the defendant.

 3. The Department of Commerce and Insurance of the State of Tennessee was served on April 13, 2012, but did not forward process to the defendant c/o its registered agent, CT Corporation, until May 15, 2012. In accordance with the requirements of

28 U.S.C. § 1446, this Notice of Removal is filed within thirty (30) days after the receipt by defendant, through service or otherwise, of the complaint.

4. A copy of all process, pleadings and orders filed in the State proceeding is attached hereto as collective <u>Exhibit A</u>.

5. The cause of action alleged by the complaint is a cause of action over which this Court has jurisdiction under the provisions of 28 U.S.C. § 1332, in that it is a civil action wherein the matter in controversy is reasonably expected to exceed the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states, and it is, therefore, removable pursuant to 28 U.S.C. § 1441.

6. The complaint filed by plaintiff does not seek a specified amount of damages; however, paragraph 7 of the complaint alleges a total loss of plaintiff's home and contents. The policy of insurance issued by Nationwide to plaintiff contained the following declared policy limits of coverage:

> Coverage A - $192,600
> Coverage B - $ 19,260
> Coverage C - $134,802
> Coverage D - $192,600

7. The plaintiff was, at the time this action was commenced, and is at the present, a citizen and resident of the State of Tennessee.

8. The defendant was, at the time this action was commenced, and is at the present time, a corporation incorporated under the laws of the State of Ohio with its principal place of business in the State of Ohio.

WHEREFORE, defendant prays that the above action now pending against it in the Circuit Court for Hamilton County, Tennessee be removed to this, the United States District Court for the Eastern District of Tennessee, at Chattanooga.

Respectfully submitted,

GRANT, KONVALINKA & HARRISON, P.C.

By: *Tonya Kennedy Cammon*
Tonya Kennedy Cammon, BPR No. 16213
Attorneys for Defendant
Ninth Floor, Republic Centre
633 Chestnut Street
Chattanooga, Tennessee 37450-0900
423/756-8400
423/756-6518 - facsimile

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of this pleading has been mailed with first class postage prepaid to the following;

William R. Dearing, Esq.
Jeffrey G. Granillo, sq.
Chambliss, Bahner & Stophel, P.C.
1000 Tallan Building
Two Union Square
Chattanooga, Tennessee 37402

This __15th__ day of June, 2012.

*Tonya Kennedy Cammon*

P:\Folders I-Z\N311\003\Removal\Notice of Removal.doc

- 3 -