UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at Chattanooga

| | |
|---|---|
| LYNN M. LANE, | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No. 1:12-cv-191 |
| v. | : |
| | : Collier/Carter |
| NATIONWIDE MUTUAL FIRE | : |
| INSURANCE COMPANY, | : |
| | : |
| Defendant. | : |

## STIPULATION FOR ADDITIONAL TIME

The parties, by and through their attorneys, in accordance with Local Rule 12.1, hereby stipulate to an extension of time to and including June 29, 2012 for defendant to answer or otherwise respond to the Complaint in this case.

CHAMBLISS BAHNER & STOPHEL, P.C.

By: s/ Jeffrey G. Granillo
    William R. Dearing, BPR No. 14293
    Jeffrey G. Granillo, BPR No. 27259
    Attorneys for Plaintiff
    1000 Tallan Building
    Two Union Square
    Chattanooga, Tennessee  37402

*All Signatories Have Consented*    423/756-3000
*To The Filing of This Document*

GRANT KONVALINKA & HARRISON, P.C.

By: s/ Tonya Kennedy Cammon
    Tonya Kennedy Cammon, BPR No. 16213
    Attorneys for Defendant
    Ninth Floor, Republic Centre
    633 Chestnut Street
    Chattanooga, Tennessee  34750-0900
    423/756-8400
    423/756-6518 - facsimile

## CERTIFICATE OF SERVICE

      I hereby certify that on June 18, 2012, a copy of this pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                          GRANT KONVALINKA & HARRISON, P.C.
                                          By:   s/ Tonya Kennedy Cammon
                                          Tonya Kennedy Cammon, BPR 16213
                                          Attorneys for Defendant
                                          Ninth Floor, Republic Centre
                                          633 Chestnut Street
                                          Chattanooga, Tennessee 37450

P:\Folders I-Z\N311\003\Stipulation for Additional Time.doc