UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LYNN LANE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:12-CV-191 |
| v. ) | Judge Curtis L. Collier |
| ) | |
| NATIONWIDE MUTUAL FIRE ) | |
| INSURANCE COMPANY ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Counsel for the parties have advised the Court that the matters in controversy have been settled to the satisfaction of all the parties. Accordingly it is **ORDERED** that all counsel shall appear in person before the United States District Judge on **Friday, June 13, 2014 at 10:00 a.m.**, for a conference with regard to the status of the final order.

In the event a final order is submitted prior to **June 13, 2014** the status conference will be canceled.

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**