UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| LYNN M. LANE, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:12-cv-191 |
| v. | ) |
| | ) Collier/Carter |
| NATIONWIDE MUTUAL FIRE | ) |
| INSURANCE COMPANY, | ) JURY DEMANDED |
| | ) |
| Defendant. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AND ON THE MERITS

Now come the parties in the above-styled action, through counsel, and pursuant to Rule 41 of the *Federal Rules of Civil Procedure,* file with the Court their stipulation and notice of voluntary dismissal with prejudice and on the merits of Plaintiffs' complaint and all amended complaints. The parties desire that the instant dismissal with prejudice and on the merits be filed of record and that the above case be dismissed with prejudice and on the merits.

**SO ENTER** this 9th day of July, 2014

Respectfully submitted,

**CHAMBLISS, BAHNER & STOPHEL, P.C.**

By: */s/ Jeffrey G. Granillo*
    William R. Dearing (BPR # 014293)
    Jeffrey G. Granillo (BPR # 027259)
Liberty Tower | Suite 1700
605 Chestnut Street
Chattanooga, TN 37450
Telephone:   (423) 756-3000
Facsimile:   (423) 265-9574

*Counsel for Plaintiff Lynn M. Lane*

and

**GRANT, KONVALINKA & HARRISON, P.C.**

By: */s/ Tonya K. Cammon (w/ express permission)*
    Tonya K. Cammon (BPR # 016213)
Ninth Floor, Republic Center
633 Chestnut Street
Chattanooga, TN  37450
Telephone:   (423) 756-8400
Facsimile:   (423) 756-6518

*Counsel for Defendant Nationwide Mutual Fire Insurance Company*